Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUSSAIN AL GAZAWI
(Agency # A71-732-661),

        Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; JACK W. BENNETT, Director, Seattle District Office, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; and LAURA LAUGHLIN, Seattle Special Agent in Charge, Federal Bureau of Investigation,

        Respondents.

No. C06-1696-RSM

STIPULATION AND ORDER TO HOLD CASE IN ABEYANCE

**STIPULATION**

This case is a complaint/petition to compel U.S. Citizenship and Immigration Services ("USCIS") and/or the Federal Bureau of Investigation ("FBI") to take action on the Plaintiff/Petitioner's outstanding application for immigration benefits. Pursuant to a joint stipulation filed by the parties, the case has been held in abeyance until May 23, 2007. The Petitioner is at liberty.

The parties have conferred through their counsel. The parties are in agreement that

STIPULATED ORDER TO HOLD CASE IN ABEYANCE – 1
(C06-1696-RSM)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 USCIS and/or the FBI are now taking action on the underlying application, and there is a
2 likelihood that the ongoing administrative action may moot this lawsuit.

3 Therefore, the parties HEREBY STIPULATE AND AGREE that this case be held
4 in abeyance for an additional thirty days to allow the ongoing administrative action to
5 proceed. Accordingly, the parties further STIPULATE AND AGREE, AND JOINTLY
6 REQUEST, that the Court extend to June 22, 2007, the due-date for the Government's
7 answer/response, or for filing of appropriate dismissal documents, or for the filing of a
8 Joint Status Report.

10 Dated this 23rd day of May, 2007.

| JEFFREY C. SULLIVAN | LAW OFFICES OF BART KLEIN |
| United States Attorney | |
| | |
| /s/ Rebecca S. Cohen | /s/ Bart Klein |
| REBECCA S. COHEN, WSBA No. 31767 | BART KLEIN, WSBA #10909 |
| Assistant United States Attorney | Law Offices of Bart Klein |
| Attorney for Respondents | 605 First Avenue, Suite 500 |
| U.S. Attorney's Office | Seattle, WA 98104 |
| Western District of Washington | Phone: 206-624-3787 |
| 700 Stewart Street, Suite 5220 | Fax: 206-624-6371 |
| (206) 553-7970 | Email: bklein@bartklein.com |
| rebecca.cohen@usoj.gov | Attorneys for Petitioner |

## **ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 25th day of May, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER TO HOLD CASE IN ABEYANCE – 2
(C06-1696-RSM)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

2  Presented by:

3
   JEFFREY C. SULLIVAN
4  United States Attorney

5
    /s/ Rebecca S. Cohen
6  REBECCA S. COHEN
   Assistant United States Attorney
7  Attorney for Respondents
   U.S. Attorney's Office
8  Western District of Washington
   700 Stewart Street, Suite 5220
9  (206) 553-7970
   rebecca.cohen@usoj.gov
10

11

12 LAW OFFICES OF BART KLEIN

13
   /s/ Bart Klein
14 BART KLEIN, WSBA #10909
   Law Offices of Bart Klein
15 605 First Avenue, Suite 500
   Seattle, WA 98104
16 Phone: 206-624-3787
   Fax: 206-624-6371
17 Email: bklein@bartklein.com
   Attorneys for Petitioner
18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER TO HOLD CASE IN ABEYANCE – 3
(C06-1696-RSM)