UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUSSAIN AL GAZAWI,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>    Defendants. | Case No. C06-1696RSM<br><br>DISMISSAL ORDER |

The Court having been notified that Mr. Al Gazawi was naturalized by USCIS on October 14, 2008, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order.

IT IS SO ORDERED this 20th day of March, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

DISMISSAL ORDER - 1